IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBEN ESCANO,

    Plaintiff,

v.

INNOVATIVE FINANCIAL PARTNERS, LLC d/b/a INNOVATIVE FINANCIAL GROUP; JOSH BENSON,

    Defendants.

Case No. 2:23-cv-00277-MLG-GJF

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO OBJECT
TO PROPOSED FINDINGS AND RECOMMENDED DISPOSITION (Doc. 71)**

    Plaintiff Ruben Escano, hereby respectfully requests a thirty-day enlargement of time to file objections, if any, to the Court's Proposed Findings and Recommended Disposition ("PFRD") rendered January 23, 2024 (Doc. 71). Plaintiff respectfully requests an enlargement of time to March 7, 2024 to file objections. In support, Plaintiff states the following:

1. The parties are exploring if a resolution may be possible without the Court's further intervention.

2. This District Court has previously allowed a thirty-day extension of time to file objections. *See Ramirez v. Santistevan*, 2:21-cv-00081-RB-JMR (D.N.M. Jul. 11, 2023).

3. Plaintiff conferred with Defendants Innovative Financial Partners, LLC and Josh Benson, whose counsel advised that Defendants do not oppose the requested extension on the condition that Plaintiff seek a mutual extension, such that all parties' objections would be due simultaneously.

Dated this 30th day of January, 2024.

                                             Respectfully submitted,

By:    /s/ Ruben J. Escano

**Ruben J. Escano,** *pro se*
2311 Ranch Club Road
Suite #2-180
Silver City, NM 88061
(201) 527-8938
rubenescano@gmail.com

IT IS HEREBY CERTIFIED that on this 30th day of January, 2024, the foregoing was filed electronically through the CM/ECF system, causing all parties or counsel of record to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

By:   /s/ Ruben J. Escano
      **Ruben J. Escano**, *pro se*

2